UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CONNECTICUT,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>YOUR EYES OF NEW BRITAIN, INC.<br>and CAROL SANDERSON,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　No. :　CV　(　)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

United States of America and the State of Connecticut bring this action against Your Eyes of New Britain, Inc. ("Your Eyes"), and its owner, Carol Sanderson ("Sanderson") (collectively "Defendants") to recover monies that Defendants obtained from the Medicaid program through false or fraudulent claims for payment. For their causes of action, the United States and the State of Connecticut allege as follows:

## NATURE OF ACTION

1. The United States brings this action to recover statutory damages and civil penalties under the False Claims Act, as amended, 31 U.S.C. §§ 3729-3733. The State of Connecticut brings this action to recover statutory damages and civil penalties under the Connecticut False Claims Act, as amended, Conn. Gen. Stat. §§ 4-274 – 4-289.

2. The United States brings this action to recover all available damages and other monetary relief under the common law or equitable theories of unjust enrichment and payment by mistake of fact.

3. The United States and the State of Connecticut allege that Defendants submitted false or fraudulent claims for payment to the Medicaid program for optician services that were not provided to Medicaid beneficiaries.

## JURISDICTION

4. This Court has subject matter jurisdiction to entertain this action under 28 U.S.C. §§ 1331 and 1345.  The Court possesses supplemental jurisdiction to entertain the Connecticut state law cause of action pursuant to 28 U.S.C. § 1367(a) and 31 U.S.C. § 3732(b).

5. This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3732(a), because Defendants are transacting and have transacted business in this District, and because Defendants committed acts within this District that violated 31 U.S.C. § 3729.

## VENUE

6. Venue is proper in this District under 31 U.S.C. § 3732 and 28 U.S.C. § 1391(b) because Defendants reside and/or transact business in this District, and because Defendants committed acts within this District that violated 31 U.S.C. § 3729.

## PARTIES

7. The United States brings this action on behalf of the Department of Health and Human Services ("HHS") and the Centers for Medicare and Medicaid Services ("CMS").

8. William Tong, Attorney General of the State of Connecticut, also brings this action in the name of the State of Connecticut by virtue of his authority pursuant to Conn. Gen. Stat. § 4-276.

9. Your Eyes is a corporation that provides optical services, and is located in New Britain, Connecticut.

10. Sanderson is an optician who practices at Your Eyes, in Connecticut. She is also the owner of Your Eyes.

## THE FEDERAL FALSE CLAIMS ACT

11. The federal False Claims Act ("FCA") provides, in pertinent part, that any person who "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; [or] knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; . . . . is liable to the United States Government." 31 U.S.C. § 3729(a)(1)(A), (B).

12. The FCA states that the terms "knowing" and "knowingly" "mean that a person, with respect to information-- has actual knowledge of the information; acts in deliberate ignorance of the truth or falsity of the information; or acts in reckless disregard of the truth or falsity of the information, and require no proof of specific intent to defraud." 31 U.S.C. § 3729(b)(1)(A)-(B).

## THE CONNECTICUT FALSE CLAIMS ACT

13. The Connecticut False Claims Act provides, in pertinent part that:

> (a) No person shall: (1) Knowingly present, or cause to be presented, a false or fraudulent claim for payment or approval under a state-administered health or human services program; (2) Knowingly make, use or cause to be made or used, a false record or statement material to a false or fraudulent claim under a state-administered health or human services program; . . . . (b) Any person who violates the provisions of subsection (a) of this section shall be liable to the state[.]

Conn. Gen. Stat. § 4-275.

14. The Connecticut False Claims Act provides that "knowing" and "knowingly" "means that a person, with respect to information: has actual knowledge of the information; acts in deliberate ignorance of the truth or falsity of the information; or acts in reckless disregard of the truth or falsity of the information, without regard to whether the person intends to defraud[.]"  Conn. Gen. Stat. § 4-274(1).

15. The Connecticut False Claims Act defines a "state-administered health or human services program" as, *inter alia*, a program administered by the Department of Social Services, and it includes "such programs reimbursed in whole or in part by the federal government." *Id.* at (7).

## THE MEDICAID PROGRAM

16. Medicaid is a joint federal-state program that provides health care benefits for certain persons, including the indigent and disabled. The federal Medicaid statutes set forth the minimum requirements for state Medicaid programs to qualify for federal funding. 42 U.S.C. § 1396a. The federal share of each state's Medicaid payments is based on the state's per capita income compared to the national average. 42 U.S.C. § 1396d(b). State Medicaid programs pay the balance, which is referred to as the 'state share.' *Id.* at (cc). At all times relevant to this Complaint, the 'state share' for the State of Connecticut's Medicaid program was approximately fifty percent (50%).

17. DSS administers the Connecticut Medical Assistance Program ("CMAP"), which includes the Connecticut Medicaid program. Conn. Agencies Regs. § 17b-262-523(13). The DSS Commissioner is authorized to promulgate regulations as

necessary to administer the CMAP. DSS reimburses participating providers for healthcare services provided to CMAP beneficiaries.

18. All healthcare providers enrolled in the CMAP must comply with applicable statutes, regulations and guidelines in order to be reimbursed by the CMAP. A provider has a legal duty to have knowledge of the statutes, regulations, and guidelines regarding coverage for CMAP services. A provider of goods and services to CMAP recipients is obligated to adhere to CMAP requirements in order to both participate in, and receive payment from, the CMAP through the DSS.  Conn. Agencies Regs. § 17b-262-522.

19. To participate as a provider in the CMAP, each person, organization, or entity must enter into a CMAP Provider Enrollment Agreement ("Provider Agreement").

20. A CMAP provider agrees in the Provider Agreement to

> continually adhere to professional standards governing medical care and services and to continually meet state and federal licensure, accreditation, certification or other regulatory requirements, including all applicable provisions of the Connecticut General Statutes and any rule, regulation, or DSS policy promulgated pursuant thereto and certification in the Medicare program, if applicable.

Provider Agreement, ¶ 3.

21. A CMAP provider further agrees to "abide by DSS' Medical Assistance Program Provider Manual(s), as amended from time to time, as well as all bulletins, policy transmittals, notices, and amendments . . . ."  Provider Agreement, ¶ 10.

22. A CMAP provider also agrees in the Provider Agreement to "submit only those claims for goods and services that are covered by the Connecticut Medical

      Assistance Program and documented by Provider as being . . . for compensation that Provider is legally entitled to receive . . . ." Provider Agreement, ¶ 15.

23. By executing the Provider Agreement, the CMAP provider, or the provider's authorized representative, acknowledges to "**HAVING READ THIS AGREEMENT AND UNDERSTANDING IT IN ITS ENTIRETY** . . . ." (emphasis in original). Provider Agreement, page 7.

24. Defendants have executed Provider Agreements while participating as providers in the CMAP.

## THE FRAUDULENT CONDUCT

25. Defendants acted with actual knowledge, deliberate ignorance, or reckless disregard of the laws, regulations and guidance applicable to the Medicaid program when submitting claims for certain optical services.

26. Defendants provide spectacle services to Medicaid beneficiaries.

27. Medicaid pays providers for the service of fitting new spectacles, or glasses, to an individual's face. In order to be reimbursed for fitting glasses, providers submit a claim for payment using CPT code 92340.

28. The Medicaid payment for a CPT code 92340 claim fully reimburses an optician for any final adjustment or fitting of the new glasses to an individual's face.

29. The final adjustment or final fitting is not a separate service.

30. If a pair of glasses subsequently needs a repair, the provider may bill for that service under CPT code 92370. Included in the reimbursement for that code is any refitting required following a repair.

31. Defendants improperly billed Medicaid by submitting both a claim for CPT code 92340 and a claim for CPT code 92370 when they provided an individual with a final fitting or adjustment of a pair of new glasses.

32. Instead of providing repair services, defendants were providing final adjustments to glasses, which was a service included in the fitting, billed pursuant to CPT code 92340.

33. The CPT 92370 claims defendants submitted to Medicaid for a final adjustment or fitting of new glasses were services not provided to Medicaid beneficiaries. These claims for repair and refitting services constituted false or fraudulent claims submitted to the Medicaid program during the time period January 1, 2014, to April 30, 2019.

34. Defendants' false or fraudulent claims damaged the United States and the State of Connecticut because they allowed Defendants to obtain monies to which they were not entitled.

## CLAIMS

### FIRST CAUSE OF ACTION
(False Claims Act: Presentation of False Claims)
(31 U.S.C. § 3729(a)(1)(A))

35. The United States realleges and reincorporates paragraphs 1 through 34 as if fully set forth herein.

36. Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval.

37. By virtue of the false or fraudulent claims made by Defendants, the United States suffered damages and therefore is entitled to statutory damages under the False Claims Act, to be determined at trial, plus a civil penalty for each violation.

## SECOND CAUSE OF ACTION
(False Claims Act: Making or Using False Record or Statement)
(31 U.S.C. § 3729(a)(1)(B))

38. The United States realleges and reincorporates paragraphs 1 through 34 as if fully set forth herein.

39. Defendants knowingly made, used, or caused to be made or used, false records or false statements material to a false or fraudulent claim.

40. By virtue of the false records or false statements made by Defendants, the United States suffered damages and therefore is entitled to statutory damages under the False Claims Act, to be determined at trial, plus a civil penalty for each violation.

## THIRD CAUSE OF ACTION
(Unjust Enrichment)

41. The United States realleges and reincorporates paragraphs 1 through 34 as if fully set forth herein.

42. This is a claim for the recovery of monies by which Defendants have been unjustly enriched.

43. By directly or indirectly obtaining federal funds to which they were not entitled, Defendants were unjustly enriched, and are liable to account and pay such amounts, or the proceeds therefrom, which are to be determined at trial, to the United States.

## FOURTH CAUSE OF ACTION
(Payment By Mistake)

44. The United States realleges and reincorporates paragraphs 1 through 34 as if fully set forth herein.

45. This is a claim for the recovery of monies paid by the United States to Defendants as a result of mistaken understandings of fact.

46. The false or fraudulent claims which Defendants submitted to the United States were paid by the United States based upon mistaken or erroneous understandings of material fact.

47. The United States, acting in reasonable reliance on the accuracy, completeness and truthfulness of the information contained in the claims, paid Defendants certain sums of money to which he was not entitled, and Defendants are thus liable to account for and pay such amounts, which are to be determined at trial, to the United States.

## FIFTH CAUSE OF ACTION
(Connecticut False Claims Act: Presentation of False Claims)
(Conn. Gen. Stat. § 4-275(a)(1))

48. The State of Connecticut realleges and reincorporates paragraphs 1 through 34 as if fully set forth herein.

49. Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval.

50. By virtue of the false or fraudulent claims made by Defendants, the State of Connecticut suffered damages and therefore is entitled to statutory damages under

the Connecticut False Claims Act, to be determined at trial, plus a civil penalty for each violation.

## SIXTH CAUSE OF ACTION
(False Claims Act: Making or Using False Record or Statement)
(Conn. Gen. Stat. § 4-275(a)(2))

51. The State of Connecticut realleges and reincorporates paragraphs 1 through 34 as if fully set forth herein.

52. Defendants knowingly made, used, or caused to be made or used, false records or false statements material to a false or fraudulent claim.

53. By virtue of the false records or false statements made by Defendants, the State of Connecticut suffered damages and therefore is entitled to statutory damages under the Connecticut False Claims Act, to be determined at trial, plus a civil penalty for each violation.

## PRAYER FOR RELIEF

WHEREFORE, the United States and the State of Connecticut demand and pray that judgment be entered in its favor against Defendants as follows:

  a. On the First and Second Causes of Action under the federal False Claims Act, as amended, for the amount of statutory damages, and such civil penalties as are required by law, together with all such further relief as may be just and proper.

  b. On the Fifth and Sixth Causes of Action under the Connecticut False Claims Act, as amended, for the amount of statutory damages, and such civil penalties as are required by law, together with all such further relief as may be just and proper.

    c. On the Third and Fourth Causes of Action, for unjust enrichment and payment by mistake for the damages sustained and/or amounts by which Defendants were unjustly enriched or by which Defendants retained illegally obtained monies, plus interest, costs, and expenses, and all such further relief as may be just and proper.

Respectfully submitted,

JOHN H. DURHAM
ATTORNEY FOR THE UNITED STATES

JOHN HUGHES
Digitally signed by JOHN HUGHES
Date: 2020.03.26 17:03:25 -04'00'

JOHN B. HUGHES
Assistant U.S. Attorney, Chief, Civil Division
Federal Bar No. ct05289
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
John.Hughes@usdoj.gov

SARA KACZMAREK
Digitally signed by SARA KACZMAREK
Date: 2020.03.30 09:49:23 -04'00'

SARA G. KACZMAREK
Assistant United States Attorney
Federal Bar No. ct30726
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
Sara.Kaczmarek@usdoj.gov

WILLIAM TONG
CONNECTICUT ATTORNEY GENERAL

*/s/ Gregory K. O'Connell*

GREGORY K. O'CONNELL
Assistant Attorney General
Federal Bar. No. ct27473
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5040
Gregory.O'Connell@ct.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020 a copy of the foregoing Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on this Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

In addition, I hereby certify that on March 30, 2020, a true and correct copy of the foregoing Complaint was served by electronic mail on:

Jody Erdfarb, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508
jerdfarb@wiggin.com


Gregory K. O'Connell
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Gregory.O'Connell@ct.gov


SARA KACZMAREK
Digitally signed by SARA KACZMAREK
Date: 2020.03.30 12:17:17 -04'00'

SARA G. KACZMAREK
Assistant United States Attorney